GUENTHER, Appellant, v. RIDGWAY CO., Respondent. GUENTHER PUB. CO. v. SAME. (Supreme Court, Appellate Division,

First Department. March 29, 1912.) Action by Louis Guenther and by the Guenther Publishing Company against the Ridgway Company. H. A. Heydt, for appellant. F. Rooney, for respondent. No opinions. Orders modified, as stated in memorandums per curiam, and, as modified, affirmed, without costs. Memorandums per curiam. Settle orders on notice.